IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH A. BARNETT, : | | |
|       Plaintiff, : | | CIVIL ACTION |
| : | | |
| v. : | | NO. 12-6012 |
| : | | |
| CAROLYN W. COLVIN,[1] : | | |
| Commissioner of the : | | |
| Social Security Administration, : | | |
|       Defendant. : | | |

**O R D E R**

AND NOW, this 6th day of January, 2014, upon consideration of the administrative record, the brief in support of review filed by Plaintiff (Doc. No. 15), Defendant's response thereto (Doc. No. 20), and Plaintiff's reply thereto (Doc. No. 23), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge to which no objections have been filed,[2] it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;
2. Ms. Barnett's Request for Review is GRANTED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Strawbridge's Report and Recommendation;
3. The decision of the Commissioner is REVERSED for the purposes of this remand only;

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be the defendant in this suit.

[2] The Local Rules provide that "[a]ny party may object to a magistrate judge's order determining a motion or matter . . . within fourteen (14) days after issuance of the magistrate judge's order . . . ." E.D. Pa. Local R. Civ. P. 72.1(IV)(a). Judge Strawbridge issued his Report and Recommendation on December 11, 2013 (Doc. No. 24); objections were therefore due December 25, 2013.

4. The Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

                BY THE COURT:

                /s/GENE E.K. PRATTER
                GENE E.K. PRATTER
                United States District Judge